ORIGINAL

FILED
JUN - 1 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC., Plaintiff | ) | Case No. 04- 940C |
| v. | ) | |
| UNITED STATES, Defendant. | ) | |

## DRC'S RULE 7.1 DISCLOSURE STATEMENT

COMES NOW, Plaintiff, DRC, Inc. and hereby provides this Disclosure Statement as required by F.R.C.P. 7.1. DRC, Inc. is not owned by any parent corporation. No publicly held corporation owns ten percent or more of its stock. Therefore, there is no such corporation that owns ten percent or more of DRC, Inc.'s stock.

DATED this 27th day of May, 2004.

SMITH, CURRIE & HANCOCK LLP

By: [signature]
Karl Frederick Dix
(404) 582-8038
(404/688-0671 – telecopier)

SMITH, CURRIE & HANCOCK LLP
2600 Harris Tower
233 Peachtree St. N.E.
Atlanta, GA 3030-1530

ATTORNEY FOR PLAINTIFF DRC, INC.