IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC., Plaintiff, | ) | |
| v. | ) | No. 04-940C (Judge G. Miller) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of 60 days, to and including October 1, 2004, in which to respond to plaintiff's complaint. Defendant's response is currently due on August 2, 2004. This is the Government's first request for an enlargement of time. We contacted counsel for the plaintiff, who has discussed the matter with his client, but has taken no position regarding the requested enlargement.

Counsel for defendant received plaintiff's complaint on June 14, 2004. Upon receipt of the complaint, we immediately sent copies to the United States Agency for International Development ("USAID"), with a request that they provide us with a litigation report, as required by 28 U.S.C. § 520. However, defendant's counsel has not yet received the litigation report from USAID. Counsel for USAID is diligently preparing the litigation report, but it appears that because contract performance in this case occurred in Honduras, some of the information necessary to completely respond to the complaint may be located outside of the United States. Upon completion of the litigation report, counsel

for USAID will forward it to defendant's counsel as soon as possible. Once that report is received, it will be necessary to analyze the report in order to adequately and appropriately respond to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6289

Attorneys for Defendant

July 19, 2004

CERTIFICATE OF FILING

I hereby certify that on this 19th day of July 2004, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s RONALD G. MORGAN

KARL FREDERICK DIX
Smith, Currie & Hancock
2600 Harris Tower
233 Peachtree Street, N.E.
Atlanta, GA 30303-1530