IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-940C<br>(Judge G. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO SUSPEND PROCEEDINGS

The parties respectfully request that further proceedings in this matter be stayed until December 1, 2004, to permit negotiations between the parties directed at a global settlement of this and all related matters.

Currently before this Court are plaintiff's complaint in this and a related case, docket number 04-1124C, which are based upon similar efforts by plaintiff in Honduras, following the destruction caused by Hurricane Mitch. The United States has not yet responded to the complaint in either case. The Government's response to the complaint in this case is currently due October 1, 2004. The Government's response in this case was originally due on August 2, 2004, and was enlarged to October 1, 2004. No other enlargements have been requested.

The parties and their counsel have agreed to discuss settlement of all related matters, to include a False Claims Act case filed in the United States District Court for the District of Columbia, as well as other matters currently pending in an arbitration forum in Honduras. Because of scheduling conflicts,

the parties have been unable to meet yet. If settlement is to be achieved, it is the parties' intention that it address all of the related cases and resolve all of the issues between the parties.

Because the granting of this motion could substantially conserve the resources of both this Court and the parties, we respectfully request that the Court grant our joint motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s Karl Frederick Dix
KARL FREDERICK DIX
Smith, Currie & Hancock LLP
2600 Harris Tower
233 Peachtree Street, N.E.
Atlanta, GA 30303-1530

Attorney for Plaintiff

/s Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6289

Attorneys for Defendant

September 27, 2004

CERTIFICATE OF FILING

I hereby certify that on this 27th day of September 2004, a copy of the foregoing "JOINT MOTION TO SUSPEND PROCEEDINGS" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s RONALD G. MORGAN