# In the United States Court of Federal Claims

DRC, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-940C

Filed December 3, 2004

ORDER

On December 2, 2004, plaintiff filed an unopposed motion to extend time to respond to defendant's November 16, 2004 motion to stay proceedings pending resolution of an action by the government against plaintiff in the United States District Court for the District of Columbia under the False Claims Act ("FCA Action"). Plaintiff requested an extension of time up to and including January 5, 2005. Plaintiff reported that, in the interim, the parties intended to explore whether they could stipulate to certain matters at issue in this action which would enable the actions to be stayed pending resolution of the FCA Action, by settlement or otherwise.

In consideration of the above, and the fact that it is unopposed, plaintiff's motion is GRANTED. The Court ORDERS that plaintiff shall file its response to defendant's motion to suspend proceedings on or before Wednesday, January 5, 2005.

IT IS SO ORDERED.

s/George W. Miller
GEORGE W. MILLER
Judge