# APPENDIX

**LETTER OF COMMITMENT**

December 05, 2000

Disaster Relief Contractor Inc (DRC)
Res. Lomas del Guijarro Ave. República Dominicana
Calle Principal. Casa #3357
Tegucigalpa, Honduras, C.A.

2000 DIC 14 PM 3 21
RECIBIDO
USAID/OFM

| | | |
|---|---|---|
| Re: | Commitment No.: | 522-0410-02 |
| | Amount: | $ 17,667,966.96 |
| | Contract: | Construction Work for Group I Bid No. PDM 001-2000. Dated: June 21, 2000. |
| | Agency: | Fondo Hondureño de Inversion Social (FHIS) (Honduran Social Investment Fund (FHIS)) |

Gentlemen:

1. **Guarantee:** At the request of the Government of the Republic of Honduras, acting through the Honduran Social Investment Fund (FHIS), the Administrator of the United States Agency for International Development (hereinafter "USAID"), acting for the United States of America, under the Foreign Assistance Act of 1961 as amended, hereby guarantees payment not to exceed **$ 17,667,966.96** to **Disaster Relief Contractor Inc (DRC)** (hereinafter the "Contractor") to cover US dollar costs up to this amount in accordance with the terms and conditions specified in the contract noted above and in this Letter of Commitment.

2. **Payment:** Payment shall be made in accordance with the payment terms and schedule specified in the contract upon presentation to USAID of the proper documentation as specified in the contract. Payment requests presented to USAID shall be subject to administrative review and approval by USAID for compliance with terms and conditions specified in the contract and this Letter of Commitment. Proper documentation shall be presented to the Controller, USAID/Honduras at the address specified in Article 7 below.

   Payments will be made by US Treasury Check payable to the Contractor and available for pick-up at the USAID Controller's Office in Tegucigalpa, Honduras or directly deposited to a U.S. bank specified by the Contractor and acknowledged by

USAID. Initially payments will be held for pick-up by the Contractor's authorized representative at the USAID Controller's Office in Tegucigalpa, Honduras.

3. **Expiration:** All goods shall be delivered and services performed no later than July 11, 2001, in accordance with the delivery schedule and terms and conditions as specified in the contract and as it may be amended from time to time. All requests for payment supported by proper documentation must be received by USAID/Honduras by December 31, 2001.

4. **Amendments:** The financial responsibility of USAID under this Letter of Commitment is limited to the amount stated in Article 1 and to the terms and conditions of the contract as of the date of the contract. With regard to any amendment of the contract which affects the level and/or use of USAID funds or changes the expiration date of the contract, payment hereunder is contingent upon written approval by USAID of such amendment. Approval by USAID of any such contract amendment will be indicated by the issuance of an amendment to this Letter of Commitment. Extensions of this Letter of Commitment beyond the original expiration date, if for a year or less can be made by USAID in Tegucigalpa, Honduras. Extensions for more than a year require approval obtained through the USAID Office in Washington, D.C., USA.

5. **Assignment:** Funds due or to become due from USAID under this Letter of Commitment may be assigned only in accordance with the provisions of the US Code concerning Assignment of Claims.

6. **Bills of Collection:** Pursuant to authority granted to USAID under Section 640A (B) of the Foreign Assistance Act of 1961 (22 USC Section 2399b), USAID may deduct from and set off against payments specified in Paragraph 2 above, any amounts owed by you to USAID and covered by USAID bills of collection.

7. **Communications with USAID:** All communications regarding this Letter of Commitment shall be addressed or delivered to:

| US Postal Address | Street Address |
|---|---|
| Controller, USAID/Honduras<br>UNIT 2927<br>APO AA 34022-3480 | USAID / c.o. US Embassy<br>Avenida La Paz<br>Tegucigalpa, Honduras |

8. **Acceptance**: This Letter of Commitment shall become effective upon acceptance of the terms and conditions set forth above, which shall be indicated by your signing and returning a copy of this Letter to the address indicated in Paragraph 7 above.

Sincerely

Administrator, United States Agency
for International Development

By
Richard Layton
Controller, USAID/Honduras

---

ACCEPTANCE: Disaster Relief Contrctor Inc. (DRC)

By:__________________________Title:________________________Date:_______

Cleared by:

Marco Zavala, OFM 12/5/000

Ramón Castillo, OFM In Draft

Todd Sloan, MDDI For 12/07/00

John McAvoy, OCM 12/8/00

Joseph F. Lombardo, DMD