# In the United States Court of Federal Claims

DRC, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-940C

Filed January 6, 2006

ORDER

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby ORDERED that this case is TRANSFERRED to Judge Margaret M. Sweeney.

IT IS SO ORDERED.

/s/George W. Miller
GEORGE W. MILLER
Judge