# In the United States Court of Federal Claims

No. 04-940C
(Filed: January 25, 2006)

************************************
DRC, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

This case was transferred to the undersigned on January 6, 2006. The parties filed their Twelfth Joint Status Report on January 23, 2006, which reflected Judge George Miller as the presiding judge. The Court orders the parties' **Twelfth Joint Status Report to be filed by leave** of this Court. The parties are reminded that their future filings shall reflect Judge Margaret M. Sweeney as the presiding judge.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge