IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 04-940C (Judge Sweeney) |

THIRTEENTH JOINT STATUS REPORT

On January 24, 2005, the Court, pursuant to a motion by the United States, ordered that proceedings in this case be stayed pending resolution of False Claims Act litigation between the parties in the United States District Court for the District of Columbia. As part of that order, this Court ordered the parties to submit joint status reports every 30 days, commencing February 28, 2005.

Pursuant to that order, the parties report that, as of this filing, there has been no change in the status of the False Claims Act case since the last status report. A decision upon DRC's motion is still pending.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Karl F. Dix
KARL F. DIX

s/ George D. Wenick
GEORGE D. WENICK
Smith, Currie & Hancock LLP
2600 Harris Tower
233 Peachtree Street, N.E.
Atlanta, GA 30303-1530

Attorneys for Plaintiff

s/ Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6289

Attorneys for Defendant

February 22, 2006

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of February 2006, a copy of the foregoing "JOINT STATUS REPORT" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Ronald G./ Morgan
RONALD G. MORGAN