# In the United States Court of Federal Claims

No. 04-940C
(Filed: May 5, 2006)

************************************
DRC, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The parties filed a Joint Motion to Modify Status Reporting Requirements on May 5, 2006. Since the Court's January 24, 2005 order directing the parties to file joint status reports every 30 days, the parties have filed fifteen status reports regarding the proceedings pending before the United States District Court for the District of Columbia ("D.D.C.") informing the Court that there has been no change in the status of this proceeding. In their joint motion, the parties represent to the Court that the status in the D.D.C. proceeding will not change in the foreseeable future.

Accordingly, the **Court modifies its January 24, 2005 order directing the parties to file joint status reports every 30 days**. Instead, the parties shall file a **joint status report no later than August 7, 2006**, **and every 90 days thereafter**. If there is a change in the **status of the case** pending in the D.D.C., the **parties shall promptly inform the Court** by filing a joint status report within 30 days.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge