IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DRC, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-940C (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

TWENTY-FOURTH JOINT STATUS REPORT

On January 24, 2005, the Court, pursuant to a motion by the United States, ordered that proceedings in this case be stayed pending resolution of False Claims Act litigation between the parties in the United States District Court for the District of Columbia. As part of that order, the Court ordered the parties to submit joint status reports every 30 days, commencing February 28, 2005. On May 5, 2006, the Court modified the reporting requirements, requiring the parties to file joint status reports each 90 days, commencing no later than August 7, 2006.

Pursuant to the May 5th order, the parties report that, as of this filing, there has been no change in the status of the False Claims Act case since the last status report. A decision upon DRC's motion is still pending.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Ronald G. Morgan
RONALD G. MORGAN
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0367

Attorneys for Defendant

KARL F. DIX

s/ George D. Wenick
GEORGE D. WENICK
Smith, Currie & Hancock LLP
2600 Harris Tower
233 Peachtree Street, N.E.
Atlanta, GA 30303-1530

Attorneys for Plaintiff

July 23, 2008

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of July 2008, a copy of the foregoing "JOINT STATUS REPORT" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Ronald G. Morgan
RONALD G. MORGAN