IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DRC, INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No. 04-940C ) (Judge Sweeney) |
| THE UNITED STATES, | ) ) |
|     Defendant. | ) ) |

## THIRTY-FOURTH JOINT STATUS REPORT

On January 24, 2005, the Court, pursuant to a motion by the United States, ordered that proceedings in this case be stayed pending resolution of False Claims Act litigation between the parties in the United States District Court for the District of Columbia. As part of that order, the Court ordered the parties to submit joint status reports every 30 days, commencing February 28, 2005. On May 5, 2006, the Court modified the reporting requirements, requiring the parties to file joint status reports each 90 days, commencing no later than August 7, 2006. Pursuant to the May 5th order, the parties file this report.

The United States filed the False Claims Act complaint in the United States District Court for the District of Columbia on September 16, 2004. On November 26, 2004, DRC filed a motion to dismiss the complaint, or in the alternative to transfer the matter to United States District Court for the Southern District of Alabama. On February 17, 2009, DRC's motion to dismiss or transfer the complaint was denied. Thus, the False Claims Act case is now proceeding in the district court.

The parties in the district court action continue to conduct fact discovery.  The present deadline for discovery is March 30, 2011.  Thus, because the district court case is still pending, the status in this case remains unchanged.

                                    Respectfully submitted,

                                    TONY WEST
                                    Assistant Attorney General

                                    JEANNE E. DAVIDSON
                                    Director

                                    s/ Mark A. Melnick
                                    MARK A. MELNICK
                                    Assistant Director

| s/George D. Wenick | s/ P. Davis Oliver |
|---|---|
| GEORGE D. WENICK | P. DAVIS OLIVER |
| Smith, Currie & Hancock LLP | Trial Attorney |
| 2600 Harris Tower | Department of Justice |
| 233 Peachtree Street, N.E. | Civil Division |
| Atlanta, GA 30303-1530 | Commercial Litigation Branch |
| Tele: (404) 582-8037 | Attn: Classification Unit |
| Fax: (404) 688-0671 | 1100 L Street, N.W. |
|  | Washington, D.C. 20530 |
|  | Tele: (202) 353-0516 |
|  | Fax: (202) 514-8624 |
| Attorney for Plaintiff | Attorneys for Defendant |

February 16, 2011

CERTIFICATE OF FILING

    I hereby certify that on this 16th day of February 2011, a copy of the foregoing "THIRTY-FOURTH JOINT STATUS REPORT" was electronically filed.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                  s/ P. Davis Oliver
                                                  P. DAVIS OLIVER